# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| KARTIKKUMAR RAMESHBHAI PATEL, *Plaintiff,* v. KIKA SCOTT, ET AL, *Defendant.* | Civil Action No. 1:25-cv-10829 **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kartikkumar Rameshbhai Patel hereby voluntarily dismisses this action without prejudice. Defendant has neither answered nor filed a motion for summary judgment.

Dated: August 19, 2025

Respectfully submitted,

/s/ Crystal Morillo
Crystal Morillo, MA Bar # 698408
Counsel for Plaintiff
Corbaci Law, P.C.
10 Tower Office Park, Ste 620
Woburn, MA 01801
Telephone: 781-322-8000
c.morillo@corbacilaw.com

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Notice of Voluntary Dismissal was filed electronically and is available for viewing and downloading from the ECF system.

Respectfully Submitted,

/s/ Christina Corbaci
CHRISTINA CORBACI
MA. Bar No. 673764
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Plaintiff*